UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATOYA HARRIS,<br><br>         Plaintiff,<br><br>    -against-<br><br>ADMINISTRATION FOR CHILDREN SERVICES,<br><br>         Defendant. | 20-CV-6832 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued January 26, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  January 27, 2021
     New York, New York

                    /s/ Louis L. Stanton
                      Louis L. Stanton
                        U.S.D.J.