UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATOYA HARRIS,<br><br>       Plaintiff,<br><br>   -against-<br><br>ADMINISTRATION FOR CHILDREN SERVICES,<br><br>       Defendant. | 20-CV-6832 (LLS)<br><br>ORDER |

LOUIS L. STANTON, United States District Judge:

  By order dated January 26, 2021, the Court dismissed this action for failure to state a claim on which relief may be granted, under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court entered judgment on January 27, 2021. On March 8, 2021, the Court received Plaintiff's motion for an extension of time to file a notice of appeal and notice of appeal. (ECF 8-9.)

  Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure requires a notice of appeal in a civil case to be filed within thirty days of entry of judgment. *See* Fed. R. App. P. 4(a)(1)(A). The district court may extend the time to file a notice of appeal, however, if a party moves for an extension of time within thirty days of the expiration of the time to file notice of appeal, and if the moving party shows excusable neglect or good cause. *See* Fed. R. App. P. 4(a)(5)(A) (allows an extension of thirty days, i.e. until March 28, 2021).

  Plaintiff filed the motion for an extension of time within thirty days of the expiration of the time to file a notice of appeal. She asserts that she was unable to file a timely notice of appeal because of her work schedule. The Court grants Plaintiff's motion for an extension of time.

**CONCLUSION**

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court grants Plaintiff's motion for an extension of time to appeal (ECF No. 8). The notice of appeal Plaintiff filed on March 8, 2021 was timely filed.

SO ORDERED.

Dated:   April 20, 2021
        New York, New York

                                              *Louis L. Stanton*
                                              Louis L. Stanton
                                                    U.S.D.J.